## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                                          )
                Plaintiff,    )
                                          )
    vs.                         )    No. 26-03034-01-CR-S-SRB
                                          )
AUSTIN BLAKE BOTKIN,  )
                                          )
                Defendant.   )

## REPORT AND RECOMMENDATION
## <u>CONCERNING PLEA OF GUILTY</u>

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P., 22(k)(26), WDMO, and 28 U.S.C. §636, and has entered a plea of guilty to Count One of the Superseding Indictment filed on May 19, 2026. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea is knowledgeable and voluntary, and that the offense charged is supported by a factual basis for each of the essential elements of the offense.  I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.


Date: June 30, 2026                     /s/ David P. Rush
                                       DAVID P. RUSH
                                       UNITED STATES MAGISTRATE JUDGE

<u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).

2